UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDJANAE YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVON WENGER, *et al*.,<br><br>    Defendants. | Case No. 23-cv-02691-SI<br><br>**ORDER VACATING SEPTEMBER 1, 2023 CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This case was filed on May 31, 2023.  The docket shows that no summons have issued and that defendants have not been served.  **The Court VACATES the September 1, 2023 case management conference, and plaintiff is hereby ORDERED TO SHOW CAUSE in writing no later than August 24, 2023, why plaintiff has not taken any action to serve defendants and why this case should not be dismissed without prejudice for failure to prosecute**.

**IT IS SO ORDERED**.

Dated: August 18, 2023

                                         SUSAN ILLSTON
                                         United States District Judge