UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDJANAE YOUNG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEVON WENGER, et al.,<br><br>Defendants. | Case No. 23-cv-02691-SI  (SI)<br><br>**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/1/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS:  11/8/2024; REBUTTAL: 11/22/2024
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:  12/20/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by:  1/17/2025;
    Opp. Due: 1/31/2025; Reply Due: 2/7/2025;
    and set for hearing no later than 2/21/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  4/29/2025
PRETRIAL CONFERENCE DATE: 5/13/2025 at 1:30 PM.

JURY TRIAL DATE: 5/27/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: July 22, 2024

_____
SUSAN ILLSTON
United States District Judge