UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDJANAE YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>DEVON WENGER, et al.,<br><br>Defendants. | Case No. 3:23-cv-02691-SI (KAW)<br><br>**THIRD SETTLEMENT CONFERENCE MEET AND CONFER ORDER**<br><br>Re: Dkt. No. 102 |

A settlement conference is set for August 15, 2025. In addition to the requirements set forth in the undersigned's Settlement Conference Standing Order (available at: https://www.cand.uscourts.gov/kaw), the parties are ordered to meet and confer and email the Court at kawsettlement@cand.uscourts.gov by July 16, 2025, 30 days prior to the settlement conference, to either confirm that they are prepared to engage in a productive settlement conference on the date scheduled or inform the Court that they require a continuance.

If a continuance is necessary, the parties shall indicate how much additional time they need and provide multiple dates[1] that work for all parties, including those individuals whose attendance is required by ¶ 4 of the Settlement Conference Standing Order. To avoid inadvertently proposing dates for which Judge Westmore is unavailable, the parties are directed review her scheduling notes, which contains her notice of unavailability (available at: https://www.cand.uscourts.gov/kaw).

Settlement conferences are often booked months in advance, and the undersigned understands that cases do not always proceed at the speed anticipated at the time of scheduling. If a case is not prepared to go forward as scheduled, providing advance notice increases the

---

[1] Judge Westmore generally conducts settlement conferences on Wednesdays and Fridays.

1  likelihood that a continuance can be accommodated, and enables the Court to make the scheduled
2  date available to another matter.  The Court appreciates the parties' commitment to preserving its
3  limited judicial resources.
4      IT IS SO ORDERED.
5  Dated: May 9, 2025

KANDIS A. WESTMORE
United States Magistrate Judge