UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDJANAE YOUNG, et al.,

    Plaintiffs,

v.

DEVON WENGER, et al.,

    Defendants.

Case No. 23-cv-02691-SI  (SI)

**SECOND AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS:  8/22/2025; REBUTTAL:  8/29/2025
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:  9/12/2025.

CLOSE OF FACT:  9/1/2025

DISPOSITIVE MOTIONS **SHALL** be filed by:  9/5/2025
    Opp. Due:  9/19/2025; Reply Due: 9/26/2025
    and set for hearing no later than 10/10/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  10/21/2025
PRETRIAL CONFERENCE DATE: 11/4/2025 at 1:30 PM.

JURY TRIAL DATE: 11/17/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: May 16, 2025

SUSAN ILLSTON
United States District Judge